# Exhibit A



# Village of Dolton
## Business License Application

14122 Dr. Martin Luther King Jr. Drive Dolton, IL 60419
Phone: 708-201-3296 Fax: 708-201-3233

*Mayor*
*Tiffany A. Henyard*

Check One: ✓ Renewal _____ New Business _____ Change of Business Address

Name of Business: George's Towing Inc.

Business Address: 1433 E. 142nd St. Dolton IL. 60419
(Cannot be a P.O. Box) Street Apt/Unit City State Zip

Mailing Address: 1433 E 142nd St Dolton IL 60419
(Cannot be a P.O. Box) Street Apt/Unit City State Zip

Phone Number: (708) 849-6677 Fax Number: ( ) ——— Email: georgesRelocation1433@gmail.com

ILL Dept. of Revenue (IBT #): _____ FEIN #: 36-404-2688

Ownership Type: _____ Sole ✓ Corporation _____ Partnership _____ Family _____ LLC/LLP _____ Other

Type of Business you are applying for (be specific, e.g. seafood restaurant, health food store etc.) Towing Company

Hours of Operation: Mon-Fri 24 Hour Towing. Sat _____ Sun _____ # of Full Time Employees 2 # Part-time 2

Emergency Contact Patricia A Twardosz Number 708-849-6677

Emergency Contact Kevin McAuliffe Number 708-906-7558

Does Business Have Garbage Service? ✓ Yes _____ No If yes, Company _____

Alarm System on Premises: ✓ Yes _____ No If yes, List Monitoring Company Vivint 24 Hour Monitoring - (In Door - out Door)

Fire System on Premises: _____ Yes ✓ No

Owner's Information: Name Patricia A Twardosz. Other Lic T632-6816-2702

Home Address 2406 [illegible] City/State/Zip [illegible] IL 46311

Phone 708-849-6677 Fax _____ Cell 708-756-6576 Email Hope4962@yahoo.com

Driver's License Number T632-6816-2702

[illegible] Name Address Phone

[illegible] Village of Dolton [illegible] State of Illinois, the results of any inspection of the [illegible] changes, including ownership or [illegible] license pending a hearing

FOR OFFICE USE ONLY

[illegible] App. _____ Denied
[illegible] App. _____ Denied
[illegible] App. _____ Denied

Date