UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE'S TOWING INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| VILLAGE OF DOLTON and TIFFANY HENYARD, in her capacity as Mayor of the Village of Dolton, and ALISON KEY, in her capacity as Village Clerk | ) ) ) ) ) | Case No. 1:23-cv-06441 |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

**THIS MATTER** coming to be heard on Plaintiff's ex parte motion for a Temporary Restraining Order.

The Court having been appraised that due notice was given to the individual defendants via email yesterday, and the Court having reviewed the complaint motion for temporary restraining order along with the affidavit of Patti Twardosz, **IT IS HEREBY ORDERED:**

1) Plaintiff through its pleading has established an ascertainable right in need of protection

2) Plaintiff has established the likelihood of irreparable harm.

3) Plaintiff has established a likelihood of success.

4) Plaintiff has established it has no other adequate remedy at law.

Plaintiff's motion for temporary restraining order is granted as follows:

The defendants Village of Dolton, its agents and employees, Tiffany Henyard and Alison Key are restrained and prohibited from interfering with George's Towing Inc. and its agents from conducting its business in the Village of Dolton.

This order shall stay in full force and effect until further order of the court.

This matter is entered and continued for telephone status on September 24th at 9:50am.

Plaintiff is ordered to provide a copy of this order to the defendants and their attorney.

It is so ordered.

 

*Charles P. Kocoras*
Charles P. Kocoras
United States District Judge

Date: September 7, 2023