**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE'S TOWING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-06441 |
| v. | ) | |
| | ) | |
| VILLAGE OF DOLTON and TIFFANY A. | ) | Hon. Charles P. Kocoras |
| HENYARD, in her capacity as Mayor of the | ) | |
| Village of Dolton, and ALISON KEY, in her | ) | |
| Capacity as Village Clerk, | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT OF DEFENDANTS

Defendants, VILLAGE OF DOLTON and ALISON KEY submit the following Status Report pursuant to Honorable Judge Kocoras' March 10, 2026 minute order [Doc. 85].

1. Pursuant to the March 10, 2026 telephonic status hearing, counsel for Defendants emailed counsel for Plaintiff on March 11, 2026, inquiring on when Defendants could expect to receive the outstanding documentation and payments previously discussed, and to schedule the necessary inspection(s), but received no response.

2. Counsel for Defendants emailed counsel for Plaintiff again on April 3, 2026, following up on his March 11, 2026 email, but received no response.

3. Counsel for Defendants emailed counsel for Plaintiff the morning of April 9, 2026 asking that he circulate a draft joint status report to be filed yesterday in accordance with this Court's order but received no response.

4. Counsel for Defendant sent a follow up email to counsel for Plaintiff the morning of April 10, 2026 regarding the joint status report due, but received no response.

5.     As such, this status report is submitted solely on behalf of Defendants, Village of Dolton and Alison Key.

Respectfully submitted,

**VILLAGE OF DOLTON and ALISON KEY**

*/s/ Michael J. McGrath*

Michael J. McGrath
Odelson, Murphey, Frazier & McGrath, Ltd.
3318 W. 95th Street
Evergreen Park, IL 60805
Ph: (708) 424-5678
mmcgrath@omfmlaw.com